

3006 Withdrawal Claim Notice

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In re: )
)
Frederick P Mraz ) Case No. 20-10258
    Debtors(s) )

**NOTICE OF WITHDRAWAL OF CLAIM**

Claim No. 2 was filed on 2/5/2020 by M&T Bank. M&T Bank now notifies the Court that the claim is withdrawn.

/s/ Kiara Hughes

M&T Bank
PO Box 1508
Getzville, NY 14068
800-837-7694 x6651
khughes1@mtb.com