UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               Chapter 13
FREDERICK MRAZ

                Debtor             Bankruptcy No. 20-10258-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 16, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355

Debtor:
FREDERICK MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348-