```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 20-10258-amc
Frederick Mraz                                                      Chapter 13
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2          Date Rcvd: Jun 16, 2020
                              Form ID: pdf900             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db             +Frederick Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
aty            +HAMORTON ASSOCIATION,    C/O LARRY S. EISMAN,    919 CONESTOGA RD.,    BLDG. 3, SUITE 114,
                 BRYN MAWR, PA 19010,    UNITED STATES 19010-1352
14452444       +American Express,    c/o Beckett & Lee,    PO Box 3001,    Malvern, PA 19355-0701
14470331        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14452445       +Dorothy Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
14452446       +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14469553        Educational Credit Management Corporation,    P.O. Box 16408,    St Paul, MN 55116-0408
14452447       +Hamorton Association,    c/o Larry Eisman, Esquire,    919 Conestoga Road,    Suite 3-114,
                 Bryn Mawr, PA 19010-1354
14452449       +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
14452448       +Klehr Harrison Harvey Branzburg,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
14464753       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14466201       +M&T Bank,    c/o Rebecca A. Solarz, Esq.,    KML Law Group , P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14469390       +Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14452453       +Nina Smith,    1519 North Rodney Street,    Wilmington, DE 19806-3007
14452456       +Robert Lohr, Esq.,    1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14486584        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 17 2020 04:22:17     Citizens Bank,
                 C/O Charles M. Koutsogiane,    One Citizens Bank Way,    MAD JCA 130,    Johnston RI    02919
14488268        E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M&T BANK,    PO BOX 840,
                 BUFFALO, NY 14240
14452450        E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14452451        E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14452452       +E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:27     Navient Solutions,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14469368       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jun 17 2020 04:22:15
                 Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO BOX 8961,
                 Madison, WI 53708-8961
14465910        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14452454       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:55
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0001
14488062        E-mail/Text: bkdepartment@rtresolutions.com Jun 17 2020 04:23:03
                 Real Time Resolutions, Inc.,,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14452455       +E-mail/Text: bkdepartment@rtresolutions.com Jun 17 2020 04:23:03     Real Time Solutions,
                 1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
14465911*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Jun 16, 2020
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              LARRY S. EISMAN    on behalf of Attorney    HAMORTON ASSOCIATION Larry@Eisman.us,   lse664@aol.com
              MICHAEL G. DEEGAN    on behalf of Debtor Frederick  Mraz mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              RAYMOND HOWARD LEMISCH    on behalf of Creditor    Klehr Harrison Harvey Branzburg LLP
               rlemisch@klehr.com,   afoody@klehr.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| FREDERICK MRAZ | |
| Debtor | Bankruptcy No. 20-10258-AMC |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: June 16, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355

Debtor:
FREDERICK MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348-